# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

December 19, 2016

No. 16-30485

Lyle W. Cayce
Clerk

WARREN M. WALLACE, Individually; as Natural Tutor of Z. W. W., a Minor
Child; JOSHUA W. WALLACE, Individually; as Natural Tutor of Z. W. W., a
Minor Child; MATTHEW W. WALLACE, Individually; as Natural Tutor of Z.
W. W., a Minor Child; DEVYN A. CRADDOCK, Individually; as Natural
Tutor of Z. W. W., a Minor Child; RAYNELL B. WALLACE, Individually; as
Natural Tutor of Z. W. W., a Minor Child; JILLIUN R. WALLACE,
Individually; as Natural Tutor of R. W., a Minor Child,

> Plaintiffs - Appellants

v.

SLIDELL CITY; RANDY SMITH, Individually; in his official capacity;
THOMAS MCNULTY, Individually; in his official capacity; KEITH
MCQUEEN, Individually; in his official capacity; KEVIN REA, Individually;
in his official capacity; CHARLES ESQUE, Individually; in his official
capacity,

> Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:15-CV-383

Before JONES, BARKSDALE, and COSTA, Circuit Judges.

PER CURIAM:*

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5th Cir.
R. 47.5.4.

No. 16-30485

The dismissal at issue, pursuant to Federal Rule of Civil Procedure 12(b)(6), centers on the application of *Heck v. Humphrey*, 512 U.S. 477, 487 (1994) (precluding civil actions that "necessarily imply the invalidity of [a] conviction or sentence"). Our having considered the briefs and oral argument in our court, as well as the pertinent parts of the record, including the operative complaint, the dismissal was proper, essentially for the reasons stated by the district court. *Wallace v. City of Slidell, La.*, No. 2:15-cv-383, 2016 WL 1223065 (E.D. La. 28 Mar. 2016).

AFFIRMED.